# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-1176 RZ | Date | May 20, 2014 |
|---|---|---|---|

| Title | JOSE AND LAURA DE ANDA v. ALEXANDRIA INVESTMENTS, INC., ET AL. |
|---|---|

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   In Chambers –
**ORDER TO SHOW CAUSE**

Although the California-citizen Plaintiffs have dismissed defendant Alexandria Investments, Inc. and now target only Nevada-citizen defendants, the First Amended Complaint still fails to support federal jurisdiction because it does not indicate that the amount in controversy exceeds $75,000. *See* 28 U.S.C. § 1332(a).

Accordingly, the Court ORDERS Plaintiffs TO SHOW CAUSE in writing, within seven (7) days, why the action should not be dismissed for lack of subject matter jurisdiction.

The Court grants Plaintiffs leave to file a Second Amended Complaint (2AC). If they file a 2AC curing the above shortcoming by the show-cause deadline, then the Court anticipates discharging all outstanding show-cause orders.

IT IS SO ORDERED.

:

Initials of Preparer         igb